A CERTIFIED TRUE COPY

DEC 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18  AM 10: 26

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 9 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-76)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:



Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

DEC 2 ? 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

____ Fee____
____ Process____
X   Dktd____
____ CtRmDep.____
____ Doc. No.____

## SCHEDULE CTO-76 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| **ALASKA** | | | |
| AK 3 06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. | EDLA | 06-10969 |
| AK 3 06-258 | Robert Felder v. Merck & Co., Inc. | EDLA | 06-10970 |
| **ALABAMA MIDDLE** | | | |
| ~~ALM 3 06-979~~ | ~~Clifford Bailey, et al. v. Merck & Co., Inc., et al.~~ | VACATED 12/15/06 | |
| **ALABAMA NORTHERN** | | | |
| ALN 1 06-2260 | Junior Alldreage, et al. v. Merck & Co., Inc., et al. | EDLA | 06-10971 |
| ALN 1 06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. | EDLA | 06-10972 |
| ALN 5 06-2248 | Don Macmillan v. Merck & Co., Inc. | EDLA | 06-10973 |
| ALN 7 06-2332 | Dorothy Cantreli, et al. v. Merck & Co., Inc. | EDLA | 06-10974 |
| **ARIZONA** | | | |
| AZ 2 06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. | EDLA | 06-10975 |
| **CALIFORNIA CENTRAL** | | | |
| CAC 2 06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. | EDLA | 06-10976 |
| CAC 2 06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. | EDLA | 06-10977 |
| CAC 2 06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. | EDLA | 06-10978 |
| CAC 2 06-7006 | Shelia Williams v. Merck & Co., Inc. | EDLA | 06-10979 |
| CAC 2 06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. | EDLA | 06-10980 |
| **CALIFORNIA EASTERN** | | | |
| CAE 2 06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. | EDLA | 06-10981 |
| CAE 2 06-2284 | Delphia Bell v. Merck & Co., Inc., et al. | EDLA | 06-10982 |
| CAE 2 06-2285 | Harry Jones v. Merck & Co., Inc., et al. | EDLA | 06-10983 |
| CAE 2 06-2332 | Norma Loomis v. Merck & Co., Inc. | EDLA | 06-10984 |
| CAE 2 06-2344 | Marva Johnson v. Merck & Co., Inc. | EDLA | 06-10985 |
| CAE 2 06-2346 | Carl Dudding v. Merck & Co., Inc. | EDLA | 06-10986 |
| CAE 2 06-2348 | Sandra Elliott v. Merck & Co., Inc. | EDLA | 06-10987 |
| CAE 2 06-2349 | Anh Devers v. Merck & Co., Inc. | EDLA | 06-10988 |
| CAE 2 06-2350 | Kenneth Tinkle v. Merck & Co., Inc. | EDLA | 06-10989 |
| CAE 2 06-2351 | Kenneth Debolt v. Merck & Co., Inc. | EDLA | 06-10990 |
| CAE 2 06-2352 | Betty Mesi v. Merck & Co., Inc. | EDLA | 06-10991 |
| CAE 2 06-2354 | Antonio Lourenco v. Merck & Co., Inc. | EDLA | 06-10992 |
| CAE 2 06-2362 | Karen Morris v. Merck & Co., Inc. | EDLA | 06-10993 |
| CAE 2 06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. | EDLA | 06-10994 |
| CAE 2 06-2431 | Donna Goncar v. Merck & Co., Inc., et al. | EDLA | 06-10995 |
| CAE 2 06-2434 | Richard McCullough v. Merck & Co., Inc., et al. | EDLA | 06-10996 |
| CAE 2 06-2471 | Karin Barrett v. Merck & Co., Inc. | EDLA | 06-10997 |
| CAE 2 06-2472 | Domingo Arcangles v. Merck & Co., Inc. | EDLA | 06-10998 |
| CAE 2 06-2473 | Semen Fiskel v. Merck & Co., Inc. | EDLA | 06-10999 |
| CAE 2 06-2474 | Al Kessler v. Merck & Co., Inc. | EDLA | 06-11000 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA | 06-11001 |
| ~~CAE 2  06-2479~~ | ~~Sheryl Churchman v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 | |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA | 06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA | 06-11004 |
| **CALIFORNIA NORTHERN** | | | |
| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA | 06-11005 |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. | EDLA | 06-11006 |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. | EDLA | 06-11007 |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. | EDLA | 06-11008 |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. | EDLA | 06-11009 |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. | EDLA | 06-11010 |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. | EDLA | 06-11011 |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. | EDLA | 06-11012 |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. | EDLA | 06-11013 |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. | EDLA | 06-11014 |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. | EDLA | 06-11015 |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. | EDLA | 06-11016 |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA | 06-11017 |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. | EDLA | 06-11018 |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. | EDLA | 06-11019 |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. | EDLA | 06-11020 |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. | EDLA | 06-11021 |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. | EDLA | 06-11022 |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. | EDLA | 06-11023 |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. | EDLA | 06-11024 |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. | EDLA | 06-11025 |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. | EDLA | 06-11026 |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. | EDLA | 06-11027 |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. | EDLA | 06-11028 |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA | 06-11029 |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. | EDLA | 06-11030 |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. | EDLA | 06-11031 |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. | EDLA | 06-11032 |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. | EDLA | 06-11033 |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. | EDLA | 06-11034 |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. | EDLA | 06-11035 |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. | EDLA | 06-11036 |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11037 |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA | 06-11038 |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. | EDLA | 06-11039 |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. | EDLA | 06-11040 |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA | 06-11041 |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. | EDLA | 06-11042 |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. | EDLA | 06-11043 |
| **CALIFORNIA SOUTHERN** | | | |
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA | 06-11045 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **COLORADO** | | |
| CO 1 06-2130 | Herbert L. Wittow v. Merck & Co., Inc. | EDLA 06-11046 |
| CO 1 06-2164 | James Franklin, etc. v. Merck & Co., Inc.   OPPOSED 12/14/06 | |
| CO 1 06-2165 | Ronald Dooley, et al. v. Merck & Co., Inc. | EDLA 06-11047 |
| | | |
| **CONNECTICUT** | | |
| CT 3 06-1761 | Frank Pescatello v. Merck & Co., Inc. | EDLA 06-11048 |
| | | |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-587 | Danny Taulbee v. Merck & Co., Inc., et al. | EDLA 06-11049 |
| FLM 5 06-379 | Lyle Moody v. Merck & Co., Inc., et al. | EDLA 06-11050 |
| FLM 6 06-1667 | Marian Jenkinson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11051 |
| FLM 8 06-1209 | Barbara Jowers v. Merck & Co., Inc., et al. | EDLA 06-11052 |
| FLM 8 06-1992 | Robert Sidney Spann v. Merck & Co., Inc., et al. | EDLA 06-11053 |
| | | |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-61580 | Jeffrey Dombeck, et al. v. Merck & Co., Inc. | EDLA 06-11054 |
| FLS 0 06-61581 | William J. Leon, et al. v. Merck & Co., Inc. | EDLA 06-11055 |
| FLS 0 06-61582 | Marthan Moore, et al. v. Merck & Co., Inc. | EDLA 06-11056 |
| FLS 0 06-61583 | Lillian A. Russo v. Merck & Co., Inc. | EDLA 06-11057 |
| FLS 0 06-61609 | Victoria Luciano, et al. v. Merck & Co., Inc. | EDLA 06-11058 |
| FLS 1 06-22292 | Susana Jalon, et al. v. Merck & Co., Inc. | EDLA 06-11059 |
| FLS 2 06-14284 | Kenneth Bowe, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14285 | Jacob Avidon, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14287 | Veronica Clark-Atchinson v. Merck & Co., Inc., et al.  OPPOSED 12/15/06 | |
| FLS 2 06-14288 | Robin A. Curry v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14289 | Lystine Fairweather, et al. v. Merck & Co., Inc., et al.  OPPOSED 12/15/06 | |
| FLS 2 06-14290 | Mary Lee Hudson v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14291 | Walter Smith, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14292 | Warren Young, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14293 | Andrew Trax, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14294 | Helen Spano, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14295 | John Gumas v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14296 | Darrell Duncan v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14297 | James Ferguson v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14298 | Carol Morgan v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14299 | Patricia C. Putman, et al. v. Merck & Co., Inc., et al.  OPPOSED 12/15/06 | |
| FLS 2 06-14300 | Donald L. Simons v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14301 | Donna Robinson v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 2 06-14305 | Henry C. Givens v. Merck & Co., Inc., et al. | EDLA 06-11060 |
| FLS 9 06-80994 | Gail Simmons v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 9 06-80996 | Anita Finnegan v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 9 06-80997 | Joseph Iuvara, et al. v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| FLS 9 06-80998 | Thomas Erling v. Merck & Co., Inc., et al.   OPPOSED 12/15/06 | |
| | | |
| **GEORGIA NORTHERN** | | |
| GAN 1 06-2643 | Clifford L. Wooten v. Merck & Co., Inc. | EDLA 06-11061 |
| GAN 1 06-2644 | Elizabeth C. Rosebush, etc. v. Merck & Co., Inc. | EDLA 06-11062 |
| | | |
| **IOWA NORTHERN** | | |
| IAN 3 06-3065 | Phyllis Heslop v. Merck & Co., Inc. | EDLA 06-11063 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 4 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **IOWA SOUTHERN** | | |
| IAS 1  06-39 | Jerry Barringer v. Merck & Co., Inc. | EDLA  06-11064 |
| **ILLINOIS CENTRAL** | | |
| ILC 2  06-2221 | William Phelps, etc. v. Merck & Co., Inc. | EDLA  06-11065 |
| **ILLINOIS NORTHERN** | | |
| ILN 1  06-5743 | Doris Miller, et al. v. Merck & Co., Inc. | EDLA  06-11066 |
| ~~ILN 1  06-5744~~ | ~~Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al.~~ | OPPOSED 12/8/06 |
| ILN 1  06-5805 | Evelyn Waldman v. Merck & Co., Inc. | EDLA  06-11067 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3  06-818 | Myrna Hamilton, et al. v. Merck & Co., Inc., et al. | EDLA  06-11068 |
| ~~ILS 3  06-827~~ | ~~Ann Reid v. Merck & Co., Inc., et al.~~ | VACATED 12/14/06 |
| ILS 3  06-831 | William W. Rhodes v. Merck & Co., Inc., et al. | EDLA  06-11069 |
| ILS 3  06-840 | Jerry Lemonds v. Merck & Co., Inc., et al. | EDLA  06-11070 |
| ILS 3  06-848 | James Ignatz v. Merck & Co., Inc., et al. | EDLA  06-11071 |
| ILS 3  06-849 | Louis Kraus v. Merck & Co., Inc., et al. | EDLA  06-11072 |
| ILS 3  06-850 | John M. Linkes v. Merck & Co., Inc. | EDLA  06-11073 |
| ILS 3  06-853 | Antonio Silva v. Merck & Co., Inc. | EDLA  06-11074 |
| ILS 3  06-867 | Catherine S. Sadich v. Merck & Co., Inc. | EDLA  06-11075 |
| ILS 3  06-868 | John Street v. Merck & Co., Inc. | EDLA  06-11076 |
| ILS 3  06-877 | Rodney W. Shupe v. Merck & Co., Inc. | EDLA  06-11077 |
| **INDIANA NORTHERN** | | |
| INN 2  06-363 | Seth Jones v. Merck & Co., Inc. | EDLA  06-11078 |
| **KANSAS** | | |
| KS 2  06-2413 | David Edmonds v. Merck & Co., Inc. | EDLA  06-11079 |
| **LOUISIANA WESTERN** | | |
| LAW 2  06-1936 | Sally Ellender Chapman v. Merck & Co., Inc. | EDLA  06-11080 |
| **MINNESOTA** | | |
| MN 0  06-4406 | Donald Haider v. Merck & Co., Inc. | EDLA  06-11081 |
| **MISSOURI EASTERN** | | |
| MOE 4  06-1589 | Ida Criglar, et al. v. Merck & Co., Inc., et al. | EDLA  06-11082 |
| **NEW YORK EASTERN** | | |
| NYE 1  06-4796 | Yolande Brice, et al. v. Merck & Co., Inc. | EDLA  06-11083 |
| **NEW YORK NORTHERN** | | |
| NYN 1  06-1309 | Deanne Murdie, etc. v. Merck & Co., Inc., et al. | EDLA  06-11084 |
| NYN 5  06-1332 | Douglas Charles Persse, et al. v. Merck & Co., Inc. | EDLA  06-11085 |
| **NEW YORK SOUTHERN** | | |
| ~~NYS 1  06-11419~~ | ~~Ali Ghanem v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW YORK WESTERN** | | |
| NYW 6  06-6530 | Rosemary Johnson v. Merck & Co., Inc., et al. | EDLA  06-11086 |
| NYW 6  06-6531 | Zerita H. Newman, etc. v. Merck & Co., Inc., et al. | EDLA  06-11087 |
| NYW 6  06-6532 | Roger Bickel, et al. v. Merck & Co., Inc., et al. | EDLA  06-11088 |
| NYW 6  06-6533 | Brenda Baron, etc. v. Merck & Co., Inc., et al. | EDLA  06-11089 |
| NYW 6  06-6534 | Dianne Benson, etc. v. Merck & Co., Inc., et al. | EDLA  06-11090 |
| NYW 6  06-6544 | Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al. | EDLA  06-11091 |
| NYW 6  06-6545 | Theresa J. Keenan, etc. v. Merck & Co., Inc., et al. | EDLA  06-11092 |
| NYW 6  06-6546 | Eugene O. Moore, etc. v. Merck & Co., Inc., et al. | EDLA  06-11093 |
| NYW 6  06-6547 | Glen Nicolosi, etc. v. Merck & Co., Inc., et al. | EDLA  06-11094 |
| NYW 6  06-6548 | Frank B. Perillo, etc. v. Merck & Co., Inc., et al. | EDLA  06-11095 |
| NYW 6  06-6549 | Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al. | EDLA  06-11096 |
| NYW 6  06-6550 | Patricia Sabadasz, etc. v. Merck & Co., Inc., et al. | EDLA  06-11097 |
| NYW 6  06-6551 | Lavernne Watson, etc. v. Merck & Co., Inc., et al. | EDLA  06-11098 |
| | | |
| **OHIO NORTHERN** | | |
| OHN 1  06-2558 | Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc. | EDLA  06-11099 |
| OHN 1  06-2559 | Deborah K. Roscoe v. Merck & Co., Inc. | EDLA  06-11100 |
| OHN 1  06-2560 | Leonard Novak, et al. v. Merck & Co., Inc. | EDLA  06-11101 |
| OHN 1  06-2561 | Edith Tabak, et al. v. Merck & Co., Inc. | EDLA  06-11102 |
| OHN 1  06-2562 | Kenneth W. Raybon, et al. v. Merck & Co., Inc. | EDLA  06-11103 |
| OHN 1  06-2575 | Thomas G. Wigle, et al. v. Merck & Co., Inc. | EDLA  06-11104 |
| OHN 1  06-2580 | Glenn A. Cook, et al. v. Merck & Co., Inc. | EDLA  06-11105 |
| OHN 1  06-2583 | Mary Young v. Merck & Co., Inc. | EDLA  06-11106 |
| OHN 1  06-2584 | Thomas M. Tulcewicz v. Merck & Co., Inc. | EDLA  06-11107 |
| OHN 1  06-2585 | Benjamin Thompson v. Merck & Co., Inc. | EDLA  06-11108 |
| OHN 1  06-2636 | Nikki Gilmore, etc. v. Merck & Co., Inc. | EDLA  06-11109 |
| OHN 1  06-2637 | Edward M. Stanco, Jr., etc. v. Merck & Co., Inc. | EDLA  06-11110 |
| OHN 1  06-2669 | Edward Drozd, et al. v. Merck & Co., Inc. | EDLA  06-11111 |
| OHN 1  06-2670 | Carolyn Evans, et al. v. Merck & Co., Inc. | EDLA  06-11112 |
| OHN 5  06-2635 | Kenneth K. Kerr, Sr. v. Merck & Co., Inc. | EDLA  06-11113 |
| OHN 5  06-2638 | Barbara R. Brunk, etc. v. Merck & Co., Inc. | EDLA  06-11114 |
| | | |
| **OHIO SOUTHERN** | | |
| OHS 1  06-720 | Betty Pickett v. Merck & Co., Inc., et al. | EDLA  06-11115 |
| OHS 2  06-876 | Betty Mason v. Merck & Co., Inc., et al. | EDLA  06-11116 |
| | | |
| **OKLAHOMA EASTERN** | | |
| OKE 6  06-464 | Omega Lambert, etc. v. Merck & Co., Inc. | EDLA  06-11117 |
| OKE 6  06-465 | Gerald Hammond v. Merck & Co., Inc. | EDLA  06-11118 |
| OKE 6  06-466 | Pamela Treadwell, etc. v. Merck & Co., Inc. | EDLA  06-11119 |
| OKE 6  06-468 | Paul Stinson v. Merck & Co., Inc. | EDLA  06-11120 |
| | | |
| **OKLAHOMA WESTERN** | | |
| OKW 5  06-1211 | Ruby King, etc. v. Merck & Co., Inc. | EDLA  06-11121 |
| | | |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2  06-4827 | Greg Golla v. Merck & Co., Inc., et al. | EDLA  06-11122 |
| | | |
| **PENNSYLVANIA WESTERN** | | |
| ~~PAW 2  06-1443~~ | ~~William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.~~  OPPOSED 12/14/06 | |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 6 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TEXAS EASTERN** | | |
| TXE 2  06-456 | Don Cagle, etc. v. Merck & Co., Inc., et al. | EDLA  06-11123 |
| TXE 4  06-436 | Pauline Stover v. Merck & Co., Inc. | EDLA  06-11124 |
| **TEXAS NORTHERN** | | |
| TXN 4  06-741 | Gail Yeakley, etc. v. Merck & Co., Inc. | EDLA  06-11125 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 1  06-176~~ | ~~Juan Lizardi v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 2  06-471 | Maria Graciela Cruz v. Merck & Co., Inc., et al. | EDLA  06-11126 |
| ~~TXS 2  06-478~~ | ~~Rosario Lechuga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 2  06-489~~ | ~~Divine Garcia v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 4  06-3464 | Antoinette Donaldson v. Merck & Co., Inc. | EDLA  06-11127 |
| ~~TXS 7  06-303~~ | ~~Lilian Murphree v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 7  06-318 | Paula Gonzalez v. Merck & Co., Inc., et al. | EDLA  06-11128 |
| ~~TXS 7  06-319~~ | ~~Juan R. Gonzalez v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-320~~ | ~~Adolfo De Leon v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-321~~ | ~~Victor Saenz v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-329~~ | ~~Jose Zuniga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-331~~ | ~~Rodolfo Regalado v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-333~~ | ~~Ludivina Pena v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-334~~ | ~~Anita Salinas v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| **TEXAS WESTERN** | | |
| ~~TXW 1  06-848~~ | ~~Emil Kenneth Braune v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 1  06-850 | James Mercer v. Merck & Co., Inc., et al. | EDLA  06-11129 |
| ~~TXW 1  06-858~~ | ~~Marilyn Trent v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-859~~ | ~~Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-870~~ | ~~Esther McConoghy v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-871~~ | ~~Ruby Shaw v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 5  06-940 | Leonel Diaz v. Merck & Co., Inc. | EDLA  06-11130 |
| **UTAH** | | |
| UT 2  06-905 | Mable Lassen v. Merck & Co., et al. | EDLA  06-11131 |
| UT 2  06-931 | James Pangburn, et al. v. Merck & Co., Inc., et al. | EDLA  06-11132 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1  06-898 | Dorothy Petry, et al. v. Merck & Co., Inc. | EDLA  06-11133 |